

**Entered on Docket**
**April 28, 2010**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**201 Las Vegas Blvd South Suite 200**
**Las Vegas, NV  89101**
**(702) 853-0700**
**kal13mail@las13.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| | **BKS-09-25446-BAM** |
| **FRUMENCIO GALENO** | |
| **JOAQUINA MONTIEL** | **ORDER  DENIAL OF CONFIRMATION AND** |
| | **DISMISSING CASE** |
| | |
| **Debtors** | Hearing Date: 04/22/2010 |
| | Hearing Time:  1:30 pm |

    The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared: [X] Trustee [  ] Debtors [  ] Attorney for Debtors [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

    IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- The Debtors have failed to cooperate with the Trustee [11 USC 521(3)] as the following document(s) were not provided:  [ ] tax returns  [X] pay stubs  [ ] profit & loss statements  [X] other: Bank statements and verification of Social Security Number

IT IS FURTHER ORDERED that the Trustee is allowed $450.00 as and for expenses in the administration of this case.

DATED:  04/27/2010

Submitted by:

 /s/  KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow **s ;**

 _X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

None -no parties appeared

###